UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

    Plaintiff,

 v.

ALEXANDER WANG, *et al.*,

    Defendants.

Case No. C23-1299-JHC

ORDER

  Having reviewed Plaintiff Cortez Daundre Jones' application to proceed in forma pauperis ("IFP"), Dkt. # 1, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. # 5, and the remaining record, the Court finds and ORDERS:

  (1) The Court ADOPTS the Report and Recommendation.

  (2) The Court further notes that Plaintiff left blank numerous portions of the application.  Dkt. # 1.

  (3) Plaintiff's IFP application is DENIED.  Plaintiff is directed to pay the $402.00 filing fee within **thirty (30) days** of this Order.  If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice and to close the file.

ORDER - 1

(4) The Court STRIKES Plaintiff's Objections at Dkt. # 4 as procedurally improper. Among other things, they were filed prior to any report and recommendation in this matter.

(5) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 31st day of August, 2023

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2