## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES<br><br>                  Plaintiff,<br>   v.<br><br>ALEXANDER WANG et al.<br><br>                  Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01299-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint (Dkt. # 1–1) is DISMISSED.

Dated October 20, 2023.

                                            Ravi Subramanian
                                            Clerk of Court


                                            */s/Ashleigh Drecktrah*
                                            Deputy Clerk